IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>**DEVON NELSON**<br><br>                Defendant. | CR NO: 2:25-CR-0026 TLN |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum      ☐ Ad Testificandum

Name of Detainee: Devon Nelson
Detained at: Sacramento County Jail

Detainee is:
    a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
          charging detainee with: 21 U.S.C. § 841(a)(1) – Distribution of fentanyl
or   b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
    a.) return to the custody of detaining facility upon termination of proceedings
or   b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ *Emily G. Sauvageau* |
| Printed Name & Phone No: | Emily G. Sauvageau, Assistant U.S. Attorney |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum      Ad Testificandum

    The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: February 11, 2025

/s/ Honorable Sean C. Riordan
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | Unknown | ☒Male | ☐Female |
| Booking or CDC #: | 25002589 | DOB: | 12/5/1991 |
| Facility Address: | Sacramento County Main Jail, 651 I Street, Sacramento | Race: | Black |
| Facility Phone: | (916) 874-6752 | FBI#: | 337332PC5 |
| Currently Incarcerated | Sacramento County Jail | | |

## RETURN OF SERVICE

Executed on: _____      _____
                                                                         (signature)