Philip Cozens, State Bar Number 84051
Attorney at Law
1007 Seventh Street, Suite 500
Sacramento, CA 95814

Telephone: (916) 443-1504
Email: pcozens@aol.com

Attorney for Defendant Devon Nelson

**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DEVON NELSON,<br>Defendant. | Case No.: 2:25-cr-0026-DJC-7<br><br>**REQUEST TO POSTPONE HEARING OF STATUS CONFERENCE FROM 9:00 AM TO 1:00 PM IN COURTROOM 7 AND ORDER** |

Defendant seeks an order from the court postponing the hearing of the above-entitled case from the September 24, 2026, 9:00 AM calendar to 1:00 PM on the same date.

Defendant's attorney is scheduled for an appearance at a Case Management conference in Contra Costa County Superior Court at 8:30 AM on September 24, 2026. The Superior Court Judge informed Defendant's attorney that his appearance at Case Management conference was mandatory. If Defendant's attorney appeared in Contra Costa County, the return drive to Sacramento at safe speed is an hour and ten minutes and Defendant's attorney would be very late for Judge Calabretta's 9:00 AM calendar. Therefore, Defendant's attorney requests that the court hear Defendant's status conference at 1:00 PM.

////

////

**ORDER**

The court, having read and considered the above request and finding good cause therefore, orders that the Status Conference currently scheduled for September 24, 2026, at 9:00 AM in Judge Calabretta's Court be re-scheduled for September 24, 2026 at 1:00 PM in Courtroom 7 before District Judge Daniel J. Calabretta.

Dated: September 23, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE